■ The People of the State of New York, Respondent, v Pablo Barrios, Appellant. [43 NYS3d 741]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered February 24, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant are outweighed by the egregious circumstances of his underlying criminal activity against a child. Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.